# AFFIDAVIT OF CIRCULATOR

TERRITORY OF THE VIRGIN ISLANDS            )
ELECTION DISTRICT OF ST. THOMAS-ST. JOHN   )
THE UNDERSIGNED, ON OATH DEPOSES AND SAYS: )

1. That I am a qualified elector in the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2. That I reside at: 10P Lukenland

3. That my mailing address is: 6111 Smith Bay St thomas USVI 00802

4. That I circulated the Nomination Petition or Nomination Paper relative to the nomination of ___Gary Udhwani___, for (NAME OF CANDIDATE) the position of ___Lt. Governor___, for the **November 6, 2018 General Election.**

5. That the signers of the petition, signed with full knowledge of the contents of same.

6. That they all reside in the District of St. Thomas-St. John.

7. That each signed on the date opposite his name, and

8. That to the best of my knowledge and belief the signers are qualified electors in the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

Gary Udhwani                    Gary Udhwani
Print Name (Circulator)         Signature of Circulator

Subscribed and sworn to before me on this __8th__ day of __May 2018__

NOTARY Notary Public
Name: *Nyby Douglas*
My Commission Exp: September 19, 2019
NP Commission #: NP-101-15
St. Thomas/St. John, USVI District


EXHIBIT 1

## NOMINATION OF INDEPENDENT CANDIDATES OR CANDIDATES NOMINATED BY POLITICAL BODY

(Pursuant to Title 18 Section 381 Virgin Islands Code)

**TERRITORY OF THE VIRGIN ISLANDS**            )
**ELECTION DISTRICT OF ST. THOMAS-ST. JOHN**   )
**WE DO INDIVIDUALLY DECLARE:**                )

1. That we are qualified electors of the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2. That we have read or had read to us the contents of this document

3. That we nominate _Positive T A Nelson / Gary Udhwani_
   **NAME OF CANDIDATE**
   To participate in the General Election of November 6, 2018 as a candidate for:
   **GOVERNOR / LT. GOVERNOR**

4. That the candidate named in this document to participate in the General Election of **November 6, 2018** is nominated by us to represent the political body known as:

   _____
   **NAME OR APPELLATION**

5. That if these nomination papers do not specify the name or appellation of a political body which the candidate represents, the candidate named in this document shall be designated as **"Independent"** on the official ballot be used at the General Election of **November 6, 2018.**

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 1. Denisa Hobson / [sig] | 14-34 Frenchman's Bay | 4/11/18 |
| 2. Sharon Turnbull / [sig] | #130h Annas Fancy | 4/11/18 |
| 3. [illegible] / [sig] | 171 Contant Knolls | 4/11/18 |
| 4. Tasha Tyles / [sig] | Bovoni Bld. Ex Apt 284 | 4/16/18 |
| 5. Elijah [illegible] / [sig] | 171 Contant Bld 3 Apt c | 4/11/18 |
| 6. Alvaro de Lugo IV / [sig] | Altona & Welgunst 200-8y | 4/11/18 |
| 7. Wycliffe Williams / [sig] | Altona 7 Welgunst 200-5-E3 | 4/11/18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 8. Daron Smalls | #8 Skovel Gade | 4/11/18 |
| 9. Augustin Holder | 470 Estate Lit, STT 00802 | 4/11/18 |
| 10. ANNICE CANNON | BJERGE GADE 2Q QUEEN'S QUARTER | 4/11/18 |
| 11. Tregenza A. Roach | 303 A-L Hospital Ground St. Thomas, VI 00802 | 4/11/18 |
| 12. Lenzi M. Hodge | 57-3 Fortune St Thomas | 4/11/18 |
| 13. Gerda Ackley | ST Thomas | 4/11/18 |
| 14. Raymond Francis | #32 AGNES FANCY ST. ThomAS | 4/24/18 |
| 15. Keith Brown | Estate Bouteaux ST. Thomas | 4/24/18 |
| 16. Alma Francis Heyliger | Estate Contant 12-3# St. Thomas VI 00802 | 4/24/18 |
| 17. Alaine Lockhart-Molloh | 44E Lindberg Bay STT 00802 | 4/24/2018 |
| 18. Nia Brathwaite | 394-169 Annas Retreat | 4/24/2018 |
| 19. Atrida Sebastian | PO Box 6641 | 4/25/2018 |
| 20. Levar vAnBeverhoudt | P.O. Box 1675 00801 | 4/25/18 |
| 21. Cynthia van Beverhoudt | P.O. Box 12076 00801 | 4/25/18 |
| 22. Shirley Fahie | P.O. Box 307005 00803 | 4/25/18 |

| # | PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|---|
| 23 | Linda Adams / Linda Adams | Linda Adams | 4/25/18 |
| 24 | Jestina Penn / Jestina Penn | Pearson Gardens | 4/25/18 |
| 25 | Iman Reynolds / [sig] | 3C19 A Est. Fortuna | 4-25-18 |
| 26 | Brenda Vanterpool / Brenda Vanterpool | 364 Fr. Anderhog | 4/24/18 |
| 27 | Alva Swan / Alva Swan | Anna's Retreat 148-16 | 4/26/18 |
| 28 | Christiana Edward / Christiana Edward | 220-2 altona | 4/26/18 |
| 29 | Tiona Allembert / [sig] | 12-B/B Bovony St. | |
| 30 | Averly Lake Sr / Averly Lake Jr | 31 Altona Tdown | 5/2/18 |
| 31 | Larry Monsanto / Denny Monsanto, Cuthbert Dorset | Annas Retreat #29 | 5/2/18 |
| 32 | Cuthbert Dorset | Mandahl | 5/2/18 |
| 33 | [sig] / Laurel M. | E. de Thom | |
| 34 | Esbon Gumbs / [sig] | Est Thomas 10th St | 5/3/18 |
| 35 | Anthony Hyndman / Anthony | Est. Bovoni 5-34 | 5/3/18 |
| 36 | Isaac Charles / Isaac Charles | Wintberg L-56 Estate | 5-3-8 |
| 37 | Maynard Nicholas / Nicholas Maynard | 84-12 Contant | 5/3/18 |

3 of 14

| # | PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|---|
| 38 | Sanford Warner | Contant 6-B | 5-3-18 |
| 39 | Leroy Warrington | P.O. Bo 301951 | 5-3-18 |
| 40 | Jennifer Bachelor | 6693 Tabor Harmony 00802 | 5-3-18 |
| 41 | Joselyn Lee Bobb | Est Tutu Bldg 7 Apt 113 | 5-3-18 |
| 42 | Thomas Grave | 23-7 Commandant Gade | 5-3-18 |
| 43 | Vilma Van Beverhoudt | Estate Sorgenfri #1 | 5/3/18 |
| 44 | Nonjanik Thompson | 11-3J Contant | 5/3/18 |
| 45 | Tafarai Francis | 4D F Estate Lindberg | 5/3/18 |
| 46 | Quincy Thomas | 22-19 Mandhal 00802 | 5/3/18 |
| 47 | Verwlee Tumbs | 200-7-12 Estate Altona & Welgunst St. | 5/3/2018 |
| 48 | Jose A Lettsome | #62 Estate Fortuna | 5/3/18 |
| 49 | Jacqueline Hoye | 14-32 Estate Thomas | 5/3/18 |
| 50 | Beverly Carr | Tutu B19 Apt 340 | 5/3/18 |
| 51 | Marie Regis | Mariendahl 7-5 | 5/3/18 |
| 52 | Kishma Pitman | 8700 PMP Garden | 5/3/18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 53/100. Verna A. Rogers-Wiltshire / Verna Rogers-Wiltshire | Est Thomas 14-36 New Bruckers | 5/3/18 |
| 54/101. Alexa Claxton / Alexa Claxton | 5A-19 Estate Bovoni | 5/3/18 |
| 55/102. Benice Tutein / Benice Tp | Agnes Fan Hse | 5/3/18 |
| 56/103. Sandra Benjamin / Sandra Benjamin | 247 Constant | 5/3/18 |
| 57/104. Sheneen Smith / Sheneen Smith | 57Z 2-21 Smithbay | 5/3/18 |
| 58/105. Wystan Benjamin / Wyst B | 247 Est. Contant | 5/3/18 |
| 59/106. [illegible] / Kirk Peter | [illegible] | [illegible]-18 |
| 60/107. Listere Thomas | 2702 Pile Strade | 5/3/18 |
| 61/108. Stanley Smith / Stanley | Lindberg Bay 2 E | 5/3/18 |
| 62/109. Sophia Bryan-Jamil / Stephen Bryan | Estate Dorothea tc | 5/3/18 |
| 63/110. Rachel Jamil-Bryan / Rachel Jamil-B | Dorthea lcc | 5-3-18 |
| 64/111. Mike Alauby / [sig] | Hospital Ground 1353 | 5-3-18 |
| 65/112. Eri [illegible] / [sig] | Est Contant Knoll 171 | 5/3/18 |
| 66/113. Terrance Andrew / J And | Fortuna | 5-1-18 |
| 67/114. Hazley Tatem / x Tatem | #3-4 Estate Longlund | 5/3/18 |
| 68/115. Sinclair Williams Sr / Judith Williams | Nazareth LW-48 | 5/3/18 |

| # | PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|---|
| 69/23 | Davon Smalls | Skov Cade #8 | 5/3/18 |
| 70/24 | Simone Edwards | 3-27 St. Joseph & Rosendal | 5/3/18 |
| 71/25 | Corvin Modeste | 7177 Nadir Homes | 5/3/18 |
| 72/26 | Ivan Williams | 394-263 Anna's Retreat St. Thomas V.I. 00802 | 5-3-18 |
| 73/27 | Jones France | #49 Estate Thomas | 5/3/18 |
| 74/28 | MICHELLE DOMINIQUE | 36-38 Mariendahl | 5/3/18 |
| 75/29 | Michel Charles | 2R-1A Mand'l | 5/3/18 |
| 76/30 | Osteque Andrew | 3248-1 Contant | 5/3/18 |
| 77/31 | Soriah Boyd | Estate Lovenlund | 5/3/18 |
| 78/32 | C H N Bear | 190 Contant, St. Thomas V.I. | 5/3/18 |
| 79/33 | Arnold Samuel | Public Garden B23 | 5/3/18 |
| 80/34 | Errol Dingy | 321Y Est. Demerara, St. Thomas V.I. | 5-2-18 |
| 81/35 | Roberta Libode | 2E Thomasville | 5/3/18 |
| 82/36 | Edvardo Carmona | 33 Estate Nazareth | 5/3/18 |
| 83/37 | Flora Christopher | Contant | 5/3/18 |

| # | PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|---|
| 84/113. | Tamela Taylor | Bovoni Bldg D Apt 231, St. Thomas, VI 00802 | 5/8/18 |
| 85/114. | Carlos Martin | Kongens Gade #7 | 5-8-18 |
| 86/115. | Darrell Crary | P.O. Box 8764, St. Thomas USVI 0801 | 5/8/18 |
| 87/116. | Jennifer Cardoze Carr | 394/262 Anna's Retreat, St. Thomas, V.I. 00802 | 5/8/18 |
| 88/117. | Rufston Carr | 7-82 Est Mariendahl | 5/8/18 |
| 89/118. | Ashmore Hyndman | c/o 34 Est Bovoni | 05-08-18 |
| 90/119. | Adelbert Prescod | Waterbay Condo 653-A | 5/8/18 |
| 91/120. | Eksac Mulraine | 14A-1 Borgen Gade | 5/8/18 |
| 92/121. | Avril Hart | 394-204 Hidden Village | 5-8-18 |
| 93/122. | Christine Laurent | 293 Topside Est. | 5/8/18 |
| 94/123. | Livingstone Hart | 394-204 Hidden Valley | 5-8-18 |
| 95/124. | Cylinda Ryan | Smith Bay 103 D E 14 | 05-8-18 |
| 96/125. | Judah Bastian | O.H.C. Bldg 35 Apt 28 | 5-8-18 |
| 97/126. | Brynn Boland | 14-129 Frenchman Bay | 5/8/18 |
| 98/127. | Karen E. Hodge | 2905 Lefte Lande | 5/8/18 |

| # | PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|---|
| 99/12. | Jocelyn Henry | Hill Street #9 | 5/5/18 |
| 100/13. | Desho Joshua | Nisky 15 | 5/5/18 |
| 101/14. | Dianne Francis | 5A-38 Fortuna | 5-5-18 |
| 102/15. | David Stroude | 5-30 Est Fortuna | 5/5/18 |
| 103/16. | Dana Francis | 3C-58 Fortuna | 5/5/18 |
| 104/17. | Belkys Testamark | Alcohen Mall | 5-5-18 |
| 105/18. | Carlos Woods | 215-37 Annas Retreat | 5-5-18 |
| 106/19. | Teesha Todman | Est Bovoni | 5/5/18 |
| 107/20. | Robert Jones | Est Tutu Valley | 5/5/18 |
| 108/21. | Diane McDonald | 3K4 Est. Lerkenlund | 5-5-18 |
| 109/22. | Lavilla Francis | 6-26 Contant | 5/5/18 |
| 110/23. | Marisol Melendez | 3093 Contant | 5-5-18 |
| 111/24. | Eugene Greenaway | Altona #38 | 5-5-18 |
| 112/25. | Celso Vargas | St. Joseph; Rosendahl | 5-8 |
| 113/26. | Bernita Cathy Plummer | 394-244 Annas Retreat | 5-5-18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 114/132. L. Christian | P O Box 4341 | 05/5/18 |
| 115/133. Judie Hobson | Estate Nadir 33-16 | 5/6/18 |
| 116/134. [illegible] Lewis | 394-109 Annas Retreat | 5/7/18 |
| 117/135. Claudette Gordon | P.O Box 304533 St. Thomas USVI 00803 | 5/7/18 |
| 118/136. Dorothy Bellot | 23-5C Contant | 5/7/18 |
| 119/137. Edwardo Carmoun | 33E Estate Nadir #4 St Thomas VI | 5/7/18 |
| 120/138. Rana Pratt-Allick | 7789 Estate Tutu Vly | 05/08/18 |
| 121/139. Timisa Swan | 77ao Estate Tutu V4 | 5/8/18 |
| 122/140. Diann Smith | 3049 Contant | 5-8-2018 |
| 123/141. Celise Thomas / Mahoney | 73- Estate Bovoni Apt #5 | 5-8-18 |
| 124/142. Desiree M Francis | 394-237 Annas Retreat | 5-8-18 |
| 125/143. Sterling Warner | 1-143-11 Est. Whithery | 5-8-18 |
| 126/144. Dorina Freeman | 14-9 Dorthea | 5/8/18 |
| 127/145. Yvonne Arnold | 33-31 Est. Nadir | 5/8/18 |
| 146. | | |
| 147. | | |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 128. 38. [illegible] | [illegible] | [illegible] |
| 129. 39. Greg Madura | 61 Upper John Dunke | 5/3/18 |
| 130. 40. Carl Sprauve / CARL SPRAUVE | 329 Building E Bovoni / contant 13 St. John | 5/3/18 |
| 131. 41. Merle Prentice | [illegible] | 5-3-2018 |
| 132. 42. Aulette C. Riley | 1000 Bovoni [illegible] | 5/3/18 |
| 133. 43. [illegible] / Sophia Archibald | #16 Ross Taarnberg | |
| 134. 44. Celese Gregoue / [illegible] | 1000 Bovoni BCA-209 | 5/3/18 |
| 135. 45. Halketh T. Tatum | 32-23 Frydenhoj Est St. Thomas VI 00802 | 5/3/18 |
| 136. 46. Ashona Hill / [illegible] | [illegible] | [illegible] |
| 137. 47. Martina Olivacce / Olivacce | 394-109 Annas Retreat | 5/4/18 |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |

PRINT NAME & SIGN SIGNATURE    RESIDENCE ADDRESS    DATE

138. Ann Phillips / Phillips    77-7 Estate Fortuna    5/3/18

139. Elizabeth Jaeger    #18-3 Carolina    5/3/18

118. _____

119. _____

120. _____

121. _____

122. _____

123. _____

124. _____

125. _____

126. _____

127. _____

128. _____

129. _____

130. _____

131. _____

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 140 23. Rondoph Bailey | St-thomas | 5/8/18 |
| 141 24. Ame tapini | St-thomas | 5/8/18 |
| 142 25. William Pollock | St thomas | 5/8/18 |
| 143 26. alana lubert | St thomas | 5/8/18 |
| 144 27. Johnny gumbs | St thomas | 5/8/18 |
| 145 28. Catherine Noonan | STJ | 5/8/18 |
| 146 29. Sharon Whitley | STJ | 5/8/18 |
| 147 30. Clave welcome | STT | 5/8/18 |
| 148 31. Robert brady | St thomas | 5/8/18 |
| 149 32. Meirie Samuel | STT | 5/8/18 |
| 150 33. | | |
| 151 34. Alberto Castillo | STT | 5/8/18 |
| 152 35. Loady Samuel | STT | 5/8/18 |
| 153 36. Sandra buckshon | STT | 5/8/18 |
| 37. | | |

120614

| PRINT NAME & SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 154/8. Makimba Leonard | St Thomas | 5/8/18 |
| 155/9. Meyers Toya Eileen Meyers | St Thomas | 5/8/18 |
| 156/10. Nakisha Meyers | St. Thomas | 5/8/18 |
| 157/11. Saginah archibald | St thomas | 5/8/18 |
| 158/12. Paige arvidson | St. thomas | 5/8/18 |
| 159/13. tylor arvidson | St ttomas | 5/8/18 |
| 160/14. Watteeo Hamed | St. Thomas | 5/8/18 |
| 161/15. Albert Francis | ST Thomas | 5-8-18 |
| 162/16. Mohammad hamed Bilal hamed | St thoma. | 5/8/18 |
| 163/17. Bilal Hamed | St Thomas | 5/8/18 |
| 164/18. Hani asad | St thomas | 5/8/18 |
| 165/19. Tegan Lucas | St thomas | 5/8/18 |
| 20. | | |
| 21. | | |
| 22. | | |

# NOMINATION OF INDEPENDENT CANDIDATES OR CANDIDATES NOMINATED BY POLITICAL BODY

(Pursuant to Title 18 Section 381 Virgin Islands Code)

**TERRITORY OF THE VIRGIN ISLANDS** )
**ELECTION DISTRICT OF ST. THOMAS-ST. JOHN** )
**WE DO INDIVIDUALLY DECLARE:** )

1. That we are qualified electors of the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2. That we have read or had read to us the contents of this document

3. That we nominate_____;
   **NAME OF CANDIDATE**
   To participate in the General Election of **November 6, 2018** as a candidate for:
   **GOVERNOR / LT. GOVERNOR**

4. That the candidate named in this document to participate in the General Election of **November 6, 2018** is nominated by us to represent the political body known as:

   _____
   **NAME OR APPELLATION**

5. That if these nomination papers do not specify the name or appellation of a political body which the candidate represents, the candidate named in this document shall be designated as **"Independent"** on the official ballot be used at the General Election of **November 6, 2018.**

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 166 1. Michele Werkhaven Wexxxx | 6A W Lauren Paul St. Thomas, VI 00807 | 5/8/18 |
| 167 2. Amanda Diana Daniel | 300 Estate, Towers Condominium St. Thomas, USVI | 5/8/18 |
| 168 3. Hema Balkaran | Estate St Thomas | 5/8/18 |
| 169 Emalie Abrahum 4. A | Tutu | 5/8/18 |
| 170 5. Stefani De Rosano | Saffia Village | 5/8/18 |
| 171 6. Janely Thomas | St. Thomas | 5/8/18 |
| 172 7. Qubilah Archibald | St thomas Bear Boundthefield | 5/8/18 |

14 of 14