GOVERNMENT OF
THE VIRGIN ISLANDS OF THE UNITED STATES

# Election System of the Virgin Islands

P.O. Box 1499 • KINGSHILL • ST. CROIX • U.S. VIRGIN ISLANDS 00851-1499
P.O. Box 6038 • ST. THOMAS • U.S. VIRGIN ISLANDS 00801-6038

## NOTICE TO CANDIDATE

TO:     Mr. Positive T. A. Nelson
        918 Salt River
        St. Croix, VI 00820

SENT via email to committeeforpositivechange@gmail.com

FROM:   Office of the Supervisor
        Election District of St. Croix

DATE:   May 21, 2018

SUBJECT: Notice, Prescribed by Section 411 of the Election Laws of the Virgin Islands,
         RELATIVE TO A NOTICE OF DISQUALIFICATION

## NOTICE OF DISQUALIFICATION

Pursuant to Title 18, Section 411 Subsection (B) Your Team is hereby Disqualified as Governor and Lieutenant Governor Candidates for The 2018 Elections.

The reasons for your Disqualification are-as Follows:

a.  VIC 18, Section 346 – Composition of Petition; Affidavit of Circulator. Statement number (1) Clearly reads – "That the Affiant is a Qualified Elector of the Territory of the Virgin Islands, Election District of St. Thomas/St. John".

b.  The Affidavit Of Circulator Received For Mr. Gary Udhwani Was Dated May 8, 2018. Th first person to sign the Nomination Paper Signed on April 11, 2018.

c.  Mr. Udhwani registered to vote on May 8, 2018 At 5:30 P.M. therefore, he was not a Qualified Elector in April nor any dates prior to May 8th.

TEL: (340) 773-1021 • FAX: (340) 773-4523



EXHIBIT
2

Page 2
Disqualification Notice

    d.   Most of the Signatures on your Lieutenant Governor Candidate Nomination Paper were prior To May 8th.

    e.   Mr. Udhwani Picked Up The Nomination Papers In The St. Thomas Election Office at May 8, 2018 at 11:53 a.m.

    f.   Based on the above mention reasons, the Nomination Papers submitted by Mr. Gary Udhwani is not valid. Therefore, your Team is Disqualified from the 2018 Elections.

You can schedule an appointment with me to review the documentation. If you have any questions, please do not hesitate to contact me via Email At caroline.fawkes@vi.gov or telephone (340) 773-1021.

Sincerely Yours,

Caroline F. Fawkes, CERA
Supervisor