

Up to $15K in cash
Pay your bills via Scotia Online[1] or Scotia Mobile[1] for a chance to win*.
Scotiabank™

Tweet
2 Like
G+ Share
2 Share
share

e Virgin Islands Consortium

# 'GOD MADE IT HAPPEN,' NELSON SAYS, AS HE ANNOUNCES LAST-MINUTE RUNNING MATE GARY UDHWANI

Breaking News / Featured / News / Politics / Top Stories / Videos / Virgin Islands / May 8, 2018

Exhibit 1



ST. CROIX — Senator Positive Nelson's dream of becoming the next governor of the U.S. Virgin Islands had faded with the dusk of Monday. At the Botanical Gardens' Bodine Pavilion in St. George, Mr. Nelson emotionally revealed that his efforts to find a running mate had proven unfruitful. "I don't have somebody that I can tell you is my running mate," he bemoaned.



BREAKING

FRONT PAGE    ALL VI NEWS    VIDEOS    TOP STORIES    GROCERY STORE DEALS    VIYA RESTORATION UPDATES    POLITICS    OPINION

BUSINESS    CONTACT US    SEND US TIPS

to be greeted by a small but fervent group of diehard supporters. 'Change is here! they ca... We're in the game!" Mr. Nelson followed.

The s... k sometime to acknowledge yesterday's apparent swansong, and expre... t at what had happened."We want to apologize to all," Mr. Nelson said. "We a... y about yesterday. Up to yesterday, as you know — you know what the report... to yesterday — but God has used this journey thus far to prove that he is able. And we are hopeful that you will see that God is able to the journey along the way to November 6."

Mr. Nelson's running mate is Gary Udhwani, a St. Thomas businessman who owns a restaurant called Phali, according to the senator. Mr. Nelson kept crediting God for making the alliance with Mr. Udhwani possible. The lawmaker revealed that he was contacted early Tuesday following news that his bid had ended because of the lack of a number 2. "Sometimes when you get in that tight spot and you lean and God, God shows up. I serve a just-in-time God," he said.

Mr. Nelson said the team's mission now is to get his message to the people, which he said includes repairing the territory's infrastructure, revitalizing the economy with a focus on small business, preparing the territory for future storms, "and to be as self-reliant as possible."

As for his confidence in the ability of Mr. Udhwani to deliver as a lieutenant governor, the senator said, "I think I have found someone who understands business and he has passion to see growth in the Virgin Islands, and he had the courage to step forward."

Save up to 82% on Unsold Cruises
Last-Minute Markdowns Updated Daily   See Deals



**ERNICE GILBERT**
I wear many hats, I suppose, but the one which fits me best would be journalism, second to that would be radio personality, thirdly singer/songwriter and down the line. I've been the Editor-In-Chief at my videogames website, Gamesthirst, for over 5 years, writing over 7,000 articles and more than 2 million words. I'm also very passionate about where I live, the United States Virgin Islands, and I'm intent on making it a better place by being resourceful and keeping our leaders honest. VI Consortium was birthed out of said desire, hopefully my efforts bear fruit. Reach me at ernice@viconsortium.com.



Raymond Cintron, MD
Gastroenterology and Liver Diseases
Diplomate American Board of Gastroenterology

UPPER ENDOSCOPY AND COLONOSCOPY
SPECIALIZE IN DIAGNOSIS AND TREATMENT OF:
Reflux and Heartburn
Abdominal Pain
Cirrhosis
Colon Cancer Screening
Invasive Billiary Procedures (ERCP)
Colitis
Pancreas
Constipation
Hepatitis and other liver diseases
Hiatal Hernia
Chron's
Hemorrhoids (Banding and non-surgical treatments)

AAAASF ACCREDITED
Se Habla Español
Most insurances accepted including Medicare
340.719.6300



here

Pay your bills via


Scotia Mobile

for a chance to win*.


Scotiabank

TO :   Caroline Fawkes

Office of the Supervisor

Election District of St. Croix


FROM: Mr. Positive T. A. Nelson

9018 Salt River

St. Croix, VI 00820

DATE: May 22, 2018


Dear Mrs. Fawkes:

I write this correspondence in response to a notice of disqualification given to me on Monday, May 21, 2018, at approximately 4:00 p.m.

I first learned there might be an issue via the public airways when board member Adelbert Bryan mentioned, on multiple radio stations, that I will be disqualified due to my running mate not being a qualified elector. As mentioned during our meeting on the matter, I can understand your itemized concerns regarding my running mate Mr. Gary Udhwani. He did go to the election office after 11:00 a.m. on May 8, 2018, with the intention to reregister and pick up nomination petitions, which I instructed him to get. He was told by the person issuing the petitions that he did not need to register again and left with the petitions to get signatures. Prior to May 8, 2018, I, personally, with the help of two ladies, circulated the St. Thomas-St. John petition papers. Mr. Udhwani gathered approximately forty (40) signatures. When I was apprised by committee workers that I could not sign the affidavit of circulator as a resident of St. Croix, I then instructed Mr. Udhwani to sign, notarize, and send them over immediately, which he did.

We ask to be given an opportunity to correct any defects or deficiencies on our nomination petitions as allowed in Title 18 Chapter 17 subsection 411( C ). Your consideration is appreciated and just. We anxiously await your response. Thank you.


Sincerely,

Positive T. A. Nelson

Positive T. A. Nelson

Gubernatorial Candidate

Exhibit 2

# **AFFIDAVIT OF CIRCULATOR**

**TERRITORY OF THE VIRGIN ISLANDS**                )
**ELECTION DISTRICT OF ST. THOMAS-ST. JOHN**        )
**THE UNDERSIGNED, ON OATH DEPOSES AND SAYS:**      )

1. That I am a qualified elector in the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2. That I reside at: _10P Lukerland_

3. That my mailing address is: _6111 Smith Bay St Thomas_
   _USVI 00802_

4. That I circulated the Nomination Petition or Nomination Paper relative to the

   nomination of _____Gary Udwani_____ , for
   NAME OF CANDIDATE

   the position of _Lt. Governor_ , for

   the November 6, 2018 General Election.

5. That the signers of the petition, signed with full knowledge of the contents of same.

6. That they all reside in the District of St. Thomas-St. John.

7. That each signed on the date opposite his name, and

8. That to the best of my knowledge and belief the signers are qualified electors in the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

   _Gary Udwani._                    _Gary Udwani._
   Print Name (Circulator)            Signature of Circulator


Subscribed and sworn to before me on this _8th_ day of _May 2018_

NOTARY PUBLIC Public
Name: *Nyba Bangura*
My Commission Exp: September 19, 2019
NP Commission #: NP-101-15
St. Thomas/St. John, USVI District

MAY 8 PM 6:02

Exhibit 3

# AFFIDAVIT OF CANDIDATE
(Pursuant to Title 18 Section 344 Virgin Islands Code)

**TERRITORY OF THE VIRGIN ISLANDS**      )
**ELECTION DISTRICT OF St. Thomas-St. John**    )
**THE UNDERSIGNED, ON OATH DEPOSES AND SAYS:**  )

1. That I reside at _10 P Lutervland_ , in
   the Election District of St. St. Thomas-St. John

2. That my Post Office address is _6111 Smith Bay St thomas USVI_

3. That I am a registered and enrolled member of the:

   _Independent / NO Party_
   Name of Party

4. That I consent to be a candidate for _Lt. Governor_
   at the General Election to be held on **November 6, 2018.**

1. That I am eligible for such office; and

2. That I will not violate any provision of the Election Laws of the Virgin Islands.


_Gary C. Sivan_
Signature of Candidate


Subscribed and sworn to before me on this ___8th___ day of _May_ 2018


(Notary Public

**NOTARY PUBLIC**
**Name: Nyky Douglas**
**My Commission Expires September 19, 2019**
**NP Commission # NP-101-15**
**St. Thomas/St. John, USVI District**

MAY 8 PM 6:02

Exhibit 4

## NOMINATION OF INDEPENDENT CANDIDATES OR CANDIDATES NOMINATED BY POLITICAL BODY

(Pursuant to Title 18 Section 381 Virgin Islands Code)

TERRITORY OF THE VIRGIN ISLANDS                    )
ELECTION DISTRICT OF ST. THOMAS-ST. JOHN           )
WE DO INDIVIDUALLY DECLARE:                         )

1.  That we are qualified electors of the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2.  That we have read or had read to us the contents of this document

3.  That we nominate _Positive T.A. Nelson / Gary Udhwani_
    NAME OF CANDIDATE

    To participate in the General Election of **November 6, 2018** as a candidate for:
    **GOVERNOR / LT. GOVERNOR**

4.  That the candidate named in this document to participate in the General Election of **November 6, 2018** is nominated by us to represent the political body known as:

    _____
    NAME OR APPELLATION

5.  That if these nomination papers do not specify the name or appellation of a political body which the candidate represents, the candidate named in this document shall be designated as **"Independent"** on the official ballot be used at the General Election of **November 6, 2018.**

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| Denise Hobson | 14-34 Frenchman's Bay | 4/11/18 |
| 2. Sharon Turnbull | #130h Annas Fancy | 4/11/18 |
| 3. | M'l Constant Knots | 4/11/18 |
| 4. | Bovoni Bld Exp 384 | 4/16/18 |
| 5. Elijah Camacho | 14' Constant Bld3 Apt E | 4/11/18 |
| 6. Alvaro de Luga IV | Altona & Welgunst 200-8y | 4/11/18 |
| 7. Wycliffe W. Williams | Altona & Welgunst 200-5-E3 | 4/11/18 |

8 PM 6:01

Exhibit 5

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 8. Dwon Smalls | #8 SKONE GADE | 4/11/8 |
| 9. Augustin Holder | 4170 Estato Ith, STT 00802 | 4/11/18 |
| 10. ANNICE CANNON | BUERGE GADE 2Q QUEEN'S QUATER | 4/11/18 |
| 11. Tregenza A. Roach | 303 A-L Hospital Gownd St. Thomas, VI 00802 | 4/11/18 |
| 12. Jenni M. Hodge | 57 3 Fortune St Thomas | 4/11/18 |
| 13. | ST Thomas #32 AGNES FANSY | 4/11/18 |
| 14. Raymond Francis | ST. ThomAS | 4/24/18 |
| 15. Keith Brown | Estate Boubeaux ST. Thomas | 4/24/18 |
| 16. Alma Francis Heyliger | Estate Contant 12-3# St Thomas vi used | 4/24/18 |
| 17. Alaine Lockhart-Mollah | 44E Lindberg Bay STT 00802 | 4/24/2018 |
| 18. Nia Brathwaite | 394-169 Annas Retreat | 4/24/2018 |
| 19. Amada Sebastian | PO Box 6641 | 4/25/2018 |
| 20. Levtar vanBeverhandt | P.O. Box 9675 00801 | 4/25/18 |
| 21. Cynthia van Beverhoudt | P.O.Box 12676 00801 | 4/25/18 |
| 22. Shirley Fahie | P.O.Box 307005 00803 | 4/25/18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 23. LINDA ADAMS | Linder Adams | 4/25/18 |
| 24. Jestina Penn | Pearson Gardens | 4/25/18 |
| 25. Ibran Reynolds | 319 A Est Fraina | 4-25-18 |
| 26. Brenda Vanterpool | 364 Frydendahl | 4/24/18 |
| 27. Alva Swan | Anna's Retreat 148-16 | 4/26-18 |
| 28. Christianne Edward | 220-2 altona | 4-26-18 |
| 29. Tiona Allembeard | 12-34 B Boveny 3rd | |
| 30. Averly Lake sr | 31 Altona 7 down | 5/2/18 |
| 31. Larry Monsanto euthbert Dorset | Anas Retreat #29 | 5/2/18 |
| 32. Cuthbert Dorset | MANDAHL | 5/2/18 |
| 33. Laurel Gumbs | Eslde Thomas | 5/2/18 |
| 34. Sharon Gumbs | Est Thomas 10 ST | 5/3/18 |
| 35. Anthony Hyndman | Est. Bovoni 5-34 | 5/3/18 |
| 36. Isaac Charles | 156 Estate Nighters | 5-3-8 |
| 37. Maynard Nicholas | 84-12 Contant | 5/3/18 |



| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 38. Linford Warner | Contant 6-B | 5-3-18 |
| 39. Leeroy Warrington | P.O. BO 301951 | 5-3-18 |
| 40. Jennifer Bachelor | #6693 Tabor) Harmony 00802 | 5-3-18 |
| 41. Jocelyn Lee Bibb | Est Tutu Bldg 7 Apt 18 | 5-3-18 |
| 42. Thomas Grave | 2307 Commandant Gade | 5-3-18 |
| 43. Vilma Van Beverhoudt | Estate Sorgenfri #1 | 5/3/18 |
| 44. Nonganke Thompson | 11-3J Contant | 6/3/18 |
| 45. Lafarai Francis | 40-F Estate Lindberg | 5/3/18 |
| 46. Quincy Thomas | 22-19 Mandhal 00802 | 5/3/18 |
| 47. Kernlee Turss | 200-7-12 Estate Altona & Welgunst Stt. | 5/3/2018 |
| 48. Jesse A Letsome | #62 Estate Fortuna | 5)3)18 |
| 49. Jacqueline Haye | 14-32 Estate Thomas | 5/3/18 |
| 50. Beverly Carr | Tutu B19 Apt 340 | 5/3/18 |
| 51. Marie Regis | Mariendahl 7-5 | 5/8/18 |
| 52. Kishma Pitman | #700 PMP Garden | 5/3/18 |

4 of 14

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 100. Verna A. Rogers | Est. Thomas 14-36 New Quarters | 5/3/18 |
| 101. Alicia Claxton | 5A-19 Estate Bovoni | 5/3/18 |
| 102. Bencie Totman | Agnes Fancy Hill | 5/3/18 |
| 103. Sandra Benjamin | 247 Content | 5/3/18 |
| 104. Sheneen Smith | 6TZ-2-21 Smithbay | 5/3/18 |
| 105. Wytan Benjamin | 247 Est. Content | 5/3/18 |
| 106. Tood Bivitt | #52 Content | 5-3-18 |
| 107. Listery Thomas | 2702 Pile Strade | 5/3/18 |
| 108. Stanley Smith | Lindbergh Bay 2nd E | 5/3/18 |
| 109. Sophia Bryan-Jamil | Estate Dorothea bc | 5/3/18 |
| 110. Rachel Jamil-Bryan | Dorthea lcc | 5-3-18 |
| 111. Mike Hanby | Hospital Ground 1353 | 5-3-18 |
| 112. Eri Callwood | Est Content #roll 3 3h, 71 | 5/3/18 |
| 113. Terrance Andrew | Fortuna | 5-4HH |
| 114. Hazel Tatem | #34 Estate Enenlund | 5/3/18 |
| 115. Judah Wilkinson | Nazareth LW 48 | 5/3/18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 69. 23. Davon Smalls | Skove Garde #8 | 5/3/18 |
| 70. 24. Simone Edwards | 3-27 St. Joseph & Rosendahl | 5/3/18 |
| 71. 25. Corvin Modeste | 7177 Nadir Homes | 5/3/18 |
| 72. 26. Iven Williams | 394-263 Anna Robert, St. Thomas V.I 00802 | 5-3-18 |
| 73. 27. James Frazer | #49 Estate Thomas | 5/3/18 |
| 74. 28. MICHELLE DOMINIQUE | 3G-38 Mariendahl | 5/3/18 |
| 75. 29. Michell Charles | 2R-1A Maud's 1 | 5/3/18 |
| 76. 30. ESTRELE Andrew | 3248-7 contant | 5/3/18 |
| 77. 31. Jerell Boyd | Estate Lovenland | 5/3/18 |
| 78. 32. Kenith Bear Jr | #190 Contant, St. Thom v.i. | 5/3/18 |
| 79. 33. Arnold Samuel | Pearbuck Garden B23 | 5/3/18 |
| 80. 34. Errol Dracy | 3214 EST. Donann 5-2-R 51, Thomas V.I | |
| 81. 35. Roberta Wade | 2E Thomasville | 5/3/18 |
| 82. 36. Edardo Coleman | 33 Estate Niesky | 5/3/15 |
| 83. 37. Flora Christ | contant | 5/3/18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 84 113. Tamela Taylor | Bovani Bldg D Apt 231 St-Thomas, VI 00802 | 5/8/18 |
| 85 114. Carlos Martin | NonGens Gade #3 | 5/18/18 |
| 86 115. Durrell Georg | P.O. Box 8164 St. Thomas US VI 00801 | 5/8/18 |
| 87 116. Jennifer Cardoze Carr | 39 Jennifer Cardoze Carr 3944 262 Annas street St-Thomas, V.I. 00802 | 5/8/18 |
| 88 117. Royston Carr | 7-82 Est Marendahl | 5 8 18 |
| 89 118. Ashmore Hyndman | 5-34 Est Bovoni | 05-09-18 |
| 90 119. Adelbert Prescod | Waterbay Condo | 05-09-18 |
| 91 120. Eksac Mutrauie | 14A-1 Bovoni Gade | 05-8-18 |
| 92 121. Avril Hart | 394-204 Hidden Valley | 5-8-18 |
| 93 122. Christine Lauren | 292 Templ. | 5/8/18 |
| 94 123. Livingstone Hart | 394-204 Hidden Valley | 5-8-18 |
| 95 124. Ylinda Ryan | Smith Bay 103 JF 14 | 05-8-18 |
| 96 125. Judah Bastian | O.H.C. Bldg 35 Apt 28 | 05-8-18 |
| 97 126. Bryan Beland | 14-129 Frenchman Bay | 5 8 18 |
| 98 127. Karen E. Hodge | 2905 Lifte Lade | 5/8/18 |

7 of 14

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
| --- | --- | --- |
| 98. Jocelyn Henry | Hill Street #9 | 5/5/18 |
| 99. Desho Joshua | Nisky 15 | 5/5/18 |
| 100. Dianne Francis | 5A-38 Fortuna | 5-5-18 |
| 101. David Stroude | 5-30 Est Fortuna | 5/5/18 |
| 102. Dana Francis | 3-C-58 Fortuna | 5/5/18 |
| 103. Bailey's Testamark | A/Cohen Mall | 5-5-18 |
| 104. Carlos Woods | 215-37 Ann As Retreat | 5-5-18 |
| 105. Teesha Todman | Est Bovoni | 5/5/18 |
| 106. Robert Jones | Est. Tutu Valley | 5/5/18 |
| 107. Dane McDonald | 3K4 Est. Lerkenlund | 5-5-18 |
| 108. Levilla Francis | 6-26 Contant | 5/5/18 |
| 109. Mariel Melendez | 30R3 Contant | 2-5-18 |
| 110. Eugene Greenaway | Altona #36 | 5-5-18 |
| 111. Celso Vargas | St. Joseph & Rosendahl | 5-8 |
| 112. Bernita Cathy Thumper | 394-244 Annas Retreat | 5-8-18 |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 114 132. B. Christien | R. O. Box 4341 | 05/5/18 |
| 115 133. Judie Hobson | Estate Nadie 33-16 | 5/8/18 |
| 116 134. Hilroy Lewis | 394-109 Annas Retreat | 5/7/18 |
| 117 135. Claudette Gordon | P. Box 304533 St. Thomas USVI 00803 | 5/7/18 |
| 118 136. Dorothy Bellot | 23-5C Contant | 5/7/18 |
| 119 137. Eduardo Gremons | 33E Bolil Nasn#4 Thomm vi | 5/7/18 |
| 120 138. Bang Pratt-Allick | 7789 Estate Tutu Vly | 05/08/18 |
| 121 139. Timisa Suen | 1100 Estate Tutu V4 | 5/8/18 |
| 122 140. Diana Smith | 3049 Contant | 5-8-2018 |
| 123 141. Celise Thomas | 13-EState Bovoni Apt #5 | 5-8-18 |
| 124 142. Desiree M. Francis | 394-237 Annas Retreat | 5-8-18 |
| 125 143. Sterlina Warner | 1-143-11 Est. Winthop | 5-8-18 |
| 126 144. Doринa Freeman | 14-9 Dorothea | 5/8/18 |
| 127 145. Yvonne Arnold | 38-31 Est. Nadir | 5/8/18 |
| 146. | | |
| 147. | | |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 128 38. Roshaun Lewis | Lindbergh Bay 14D | 5/3/18 |
| 129 39. Greg Madura | 61 Upper John Dunken | 5/3/18 |
| 130 40. Carl Sprauve   CARL SPRAUVE | 329 Building E Bovo Nottes ContAnt 3-13 | 5/3/18 |
| 131 41. MERLE Prentice   merle Prentice | St. John | 5-3-2018 |
| 132 42. Availlette C. Riley | 1000 Bovoni B/8 Ross Madamberg | 5/3/18 |
| 133 43. Sophia Archibald | #16 Ross Taumberg | |
| 134 44. Cerese Gregrie | 2000 Bovoni BCA-209 | 5/3/18 |
| 135 45. Halkett F. Fulum | 32-23 Frydenhoj est St. Thomas VI 00802 | 5/3/18 |
| 136 46. TASHEDA Hill | 161-187 Enghed St. John VI 00830 | 5/3/18 |
| 137 47. Martina Olivacce | 3A4-109 Annas Retreat | 5/4/18 |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 138. Aphni Phillips | 77-7 Estate Fortuna | 5/3/18 |
| 139. Elizabeth Jager | #18-3 Caroline | 5/3/18 |
| 118. | | |
| 119. | | |
| 120. | | |
| 121. | | |
| 122. | | |
| 123. | | |
| 124. | | |
| 125. | | |
| 126. | | |
| 127. | | |
| 128. | | |
| 129. | | |
| 130. | | |
| 131. | | |

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 140 23. Prondoph Bailey | St thomas | 3/8/18 |
| 141 24. ome tapini | St-thomas | 5/8/18 |
| 142 25. William Pollock | St thomas | 7/8/ |
| 143 26. alana lubert | St thomos | 5/8/8 |
| 144 27. Johnny gumbs | St-homos | 5/8/18 |
| 145 28. Catherine Noonan | STJ | 5/8/18 |
| 146 29. Sharon Whitley | STJ | 5/8/18 |
| 147 30. Clark welcome | Stt | 5/8/18 |
| 148 31. Robert brody | st thomas | 5/8/5 |
| 149 32. Meurio samuel | stt | 5/8/18 |
| 150 33. Kahlid hamed | stt | 5/8/18 |
| 151 34. Alberto Castillo | STT | 5/8/18 |
| 152 35. Loady Samuel | stt | 5/8/18 |
| 153 36. Sandra buckshon | stt | 5/8/18 |
| 37. | | |

120614

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 154. Makimba Leonard Eileen | St Thomas | 5/6/18 |
| 155. Meyers Tuya Meyers | St Thomas | 5/6/18 |
| 156. Nakisha : Meyers | St. Thomas | 5/8/18 |
| 157. Saginah archibald | stethonas | 5/8/18 |
| 158. Paige arvidson | St. thomas | 5/8/18 |
| 159. tylen arvinkan | St thomas | 5/8/18 |
| 160. Watteed Hamed | St. Thomas | 5/6/18 |
| 161. Albert Francis | S'J Thome) | 5-8-18 |
| 162. Mohammad hamed Billal Hamad | St thoma. | 5/6/18 |
| 163. Billal Hamed | St Thomas | 5/6/18 |
| 164. Tani asd | St thomas | 5/8/16 |
| 165. Teagan Lucas | St thomas | 5/8/18 |
| 20. | | |
| 21. | | |
| 22. | | |

# NOMINATION OF INDEPENDENT CANDIDATES
## OR CANDIDATES NOMINATED BY POLITICAL
### BODY

(Pursuant to Title 18 Section 381 Virgin Islands Code)

**TERRITORY OF THE VIRGIN ISLANDS**                           )
**ELECTION DISTRICT OF ST. THOMAS-ST. JOHN**       )
**WE DO INDIVIDUALLY DECLARE:**                             )

1. That we are qualified electors of the Territory of the Virgin Islands, Election District of St. Thomas-St. John.

2. That we have read or had read to us the contents of this document

3. That we nominate_____;
                    **NAME OF CANDIDATE**
   To participate in the General Election of November 6, 2018 as a candidate for:
                    **GOVERNOR / LT. GOVERNOR**

4. That the candidate named in this document to participate in the General Election of November 6, 2018 is nominated by us to represent the political body known as:

   _____
                    **NAME OR APPELLATION**

5. That if these nomination papers do not specify the name or appellation of a political body which the candidate represents, the candidate named in this document shall be designated as **"Independent"** on the official ballot be used at the General Election of November 6, 2018.

| PRINT NAME & SIGN SIGNATURE | RESIDENCE ADDRESS | DATE |
|---|---|---|
| 166 × MIKHELE WERHERM Woodcard | 6A W LILLENDAAL ST. THOMAS, VI 00802 | 5/8/18 |
| 167 2 Amanda Diana Daniel | Estate Tutu Towers Condominium St Thomas, USVI | 5/8/18 |
| 168 3 Hema Balkaran | Estate st thomas | 5/8/18 |
| 169 Emalie Abraham | | |
| 4. Λ | Tutu | 5/8/18 |
| 170 5 Stefani De Rosario | Saltia Village | 5/8/18 |
| 171 6. Janely thomas | St thomas | 5/8/18 NOV 8 PM 6:02 |
| 172 Oubilah Archibald | St thomas Bear Pound the field | 5/8/18 |

14 of 14

# Election System of the Virgin Islands

Sunny Isle Shopping Center, Christiansted, St. Croix, V.I. (340) 773-1021
Crystal Gade, St. Thomas, V.I. (340) 774-3107

P.O. Box 1499 Kingshill St. Croix U.S. Virgin Islands 00851 / P.O. Box 6038 St. Thomas U. S. Virgin Islands 00801

## RECEIPT FOR NOMINATION PETITION

This is to certify on this 8th day of May, 2018, at 5:54 PM
                                                    (Time)

o'clock a nomination petition (paper) was handed to the Election System Office,

St. Croix by Positive T.A. Nelson.
  (District)      (Name of person submitting petition)

This said nomination petition / (paper) nominates: Positive T.A. Nelson/Gary
Udhwani.
                                                    (Name of nominee)

 As a candidate for Governor/Lt. Governor  at the general / primary election of
the                                                 (Circle one)
  (Position)
No Party scheduled to be held November 6, 2018.
  (Name of Party)                        (Date of Election)


_Jenell Alexander_
_fo_-Caroline F. Fawkes
Supervisor of Elections

MAY 8 PH 5:58

ELECTION SYSTEMS OF THE VIRGIN ISLANDS FORM 00014

Exhibit 6



(http://legvi.org
/index.php")

Home (http://legvi.org/index.php)    Senators    History (http://www.legvi.org/index.php/2013-01-31-07-20-51)

Contact    Press Releases (http://www.legvi.org/index.php/category-blog)    Email (http://portal.office.com)

Legislature of the Virgin Islands

| | | |
|---|---|---|
| | | **Close Document** |

**Drafter:** LMW  **Date To LtGovernor:** 2/14/2018  **BR Number:** 17-0368
**Typist:**  **Date To Senator:** 4/4/2017  **Request Type:** Bill&Amend
**Legislature:** 32  **Date To Governor:** 12/29/2017  **Bill Number:** 32-0097 (ShowPDF.aspx?num=32-0097&type=Bill)
**Date Received:** 2/27/2017  **Date Approved:** 1/10/2018  **Act Number:** 8021 (ShowPDF.aspx?num=8021&type=Act)
**Date Assigned:** 3/20/2017  **Date Vetoed:**  **Resolution Number:**
**Date Introduced:** 5/19/2017  **Date Overridden:**  **Amendment Number:** 32-257
  **Governors Number:**

**Sponsors:** Samuel Sanes
**CoSponsors:**
**Subject:** An Act repealing section 116, 117 and 118 of title 18 Virgin Islands Code, chapter 5, relating to registration of electors to bar cancellation of voter registration in every instance other than death
**Committee:** RULJUD

**Committee Action:**  **Rules Action:** 09/01/17 - REPORTED OUT TO THE FLOOR
**Floor Action:** 12/21/17 - ADOPTED  **Remarks:** 05/03/17-STX. SIGNED BLUE RECEIVED

Close Document

Exh. 7

^ back to top

# ACT NO. 8021

**BILL NO. 32-0097**

## THIRTY-SECOND LEGISLATURE OF THE VIRGIN ISLANDS

### Regular Session

### 2017

An Act repealing sections 116 and 117 of title 18 Virgin Islands Code, chapter 5, relating to registration of electors to bar cancellation of voter registration in every instance other than death

---0---

*Be it enacted by the Legislature of the Virgin Islands:*

SECTION 1. Title 18, chapter 5, sections 116 and section 117 are repealed.

Thus passed by the Legislature of the Virgin Islands on December 21, 2017.

Witness our Hands and Seal of the Legislature of the Virgin Islands this 25ᵗʰ Day of December, A.D., 2017.

Myron D. Jackson
President

Jean A. Forde
Legislative Secretary



Bill No. 32-0097 is hereby approved.

Witness my hand and the Seal of the
Government of the United States
Virgin Islands at Charlotte Amalie.

St. Thomas, this ___10___ day of January, 2018 A.D.

Osbert E. Potter
Acting Governor