## IN THE DISTRICT COURT OF THE VIRGIN ISLAND
## DIVISION OF ST. CROIX

| | |
|---|---|
| POSITIVE T.A. NELSON, GARY UDHWANI and BRENDA CHARLES | )<br>)<br>)  1:18-CV-17 |
| Plaintiffs, | )<br>) |
| v. | ) ACTION FOR TEMPORARY<br>) RESTRAINING ORDER, |
| CAROLINE FAWKES IN HER OFFICIAL CAPACITY AS THE SUPERVISOR OF ELECTIONS FOR THE VIRGIN ISLANDS TERRITORIAL BOARD OF ELECTIONS | ) PRELIMINARY INJUNCTION,<br>) PERMANENT INJUNCTION, AND<br>) DECLARATORY RELIEF<br>) |
| Defendants. | )<br>)<br>) |

## **NOTICE OF UNAVAILABILITY**

PLEASE BE ADVISED that Defendant, Caroline Fawkes, is out of the territory and office through June 18, 2018, and June 25 – 29, 2018, on training. The undersigned counsel requests that no evidentiary proceedings be scheduled during the above period of time.

RESPECTFULLY SUBMITTED,

CLAUDE EARL WALKER, ESQ.
ATTORNEY GENERAL

DATE: June 14, 2018         By:   /s/ *Erika M. Scott*
                                                        Erika M. Scott, Esq. VI Bar No. 1132
                                                        Assistant Attorney General
                                                        6040 Castle Coakley
                                                        Christiansted, VI 00820
                                                        Tel: (340) 773-0295 ext. 236
                                                        Email: erika.scott@vi.gov

*Nelson/Udhwani v. Caroline Fawkes, et. al., Civ. No. 18/17*
Notice of Unavailability
P a g e | **2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>July 14, 2018</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to:

Trudy Fenster, Esq.
Law Office of Trudy Fenster, P.C.
2157 King Cross St., Ste 2
Christiansted, VI 00820


                                                               <u>/s/ Erika M. Scott</u>