## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **POSITIVE T.A. NELSON, GARY UDHWANI,** )<br>**and BRENDA CHARLES,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CAROLINE FAWKES IN HER OFFICIAL** )<br>**CAPACITY AS THE SUPERVISOR OF** )<br>**ELECTIONS FOR THE VIRGIN ISLANDS** )<br>**and THE VIRGIN ISLANDS TERRITORIAL** )<br>**BOARD OF ELECTIONS,** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 2018-0017** |

**Attorneys:**
**Trudy Fenster, Esq.,**
St. Croix, U.S.V.I.
    *For the Plaintiffs*

**Erika Marie Scott, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

## ORDER

**UPON CONSIDERATION** of Plaintiffs' Complaint, accompanying exhibits, and filing fee docket text, incorrectly filed on June 11, 2018 (Dkt. Nos. 1 and 1-1 to 1-4) and subsequently correctly docketed on June 12, 2018 (Dkt. No. 5), it is hereby

**ORDERED** that Plaintiff's Complaint and accompanying exhibits, filed on June 11, 2018 (Dkt. Nos. 1 and 1-1 to 1-4), are **STRICKEN** from the docket; and it is further

**ORDERED** that the Clerk of the Court is directed to **TRANSFER** exhibits filed in Dkt.

Nos. 1-1, 1-2, 1-3, and 1-4, as well as the filing fee docket text, to Dkt. No. 5, so as to render the operative Complaint in Dkt. No. 5 complete.

**SO ORDERED**.

Date: June 22, 2018 _____/s/_____
WILMA A. LEWIS
Chief Judge