## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **POSITIVE T.A. NELSON, GARY UDHWANI,** and **BRENDA CHARLES,** <br><br>**Plaintiffs,**<br><br>v.<br><br>**CAROLINE FAWKES IN HER OFFICIAL CAPACITY AS THE SUPERVISOR OF ELECTIONS FOR THE VIRGIN ISLANDS** and **THE VIRGIN ISLANDS TERRITORIAL BOARD OF ELECTIONS,**<br><br>**Defendants.** | Civil Action No. 2018-0017 |

**Attorneys:**
**Trudy Fenster, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiffs*

**Erika Marie Scott, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

## **ORDER**

**UPON CONSIDERATION** of Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum of Law in Support of Motion," filed on June 11, 2018 (Dkt. No. 2); Defendant's Opposition thereto, filed on June 14, 2018 (Dkt. No. 9); Plaintiff's Reply, filed on June 15, 2018 (Dkt. No. 12); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that the Court will abstain from adjudicating any issues of local law asserted in Plaintiffs' Complaint pursuant to the abstention doctrine articulated in *R.R. Comm'n v. Pullman Co.*, 312 U.S. 496 (1941); and it is further

**ORDERED** that the Court will retain jurisdiction over the federal claims to the extent that adjudication of those claims by this Court is necessary, consistent with considerations of judicial economy.

**SO ORDERED**.

Date: June 25, 2018                     _____/s/_____
                                        WILMA A. LEWIS
                                        Chief Judge