## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **POSITIVE T.A. NELSON, GARY UDHWANI,** and **BRENDA CHARLES,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**CAROLINE FAWKES IN HER OFFICIAL CAPACITY AS THE SUPERVISOR OF ELECTIONS FOR THE VIRGIN ISLANDS** and **THE VIRGIN ISLANDS TERRITORIAL BOARD OF ELECTIONS,**<br><br>      **Defendants.** | Criminal Action No. 2018-0017 |

**Attorneys:**
**Trudy Fenster, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiffs*

**Erika Marie Scott, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

### ORDER

THIS MATTER is before the Court on the "Joint Stipulation of Dismissal," filed by Plaintiffs Positive T.A. Nelson, Gary Udhwani, and Brenda Charles and Defendants Caroline Fawkes in her official capacity as the Supervisor of Elections for the Virgin Islands, and the Virgin Islands Territorial Board of Elections. (Dkt. No. 18). In their Stipulation, the parties report that they "have agreed to withdraw all allegations, claims and defenses in this matter" and "hereby stipulate and agree that this Court may enter an Order dismissing the above-captioned matter with prejudice, with each party to bear its own costs and fees of suit incurred herein." *Id*. at 1.

**UPON CONSIDERATION** of the Joint Stipulation of Dismissal, filed in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] it is hereby

**ORDERED** that the Joint Stipulation of Dismissal (Dkt. No. 18) is **ACCEPTED**; and it is further

**ORDERED** that the Stipulation of Dismissal serves to **DISMISS** Plaintiffs' claims against Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date:  November 26, 2018                    _____/s/_____
                                            WILMA A. LEWIS
                                            Chief Judge

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii) states that: "[T]he plaintiff may dismiss an action without a court order by a stipulation of dismissal signed by all parties who have appeared."